**Order entered October 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01010-CR

**DAVID CARY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81636-2011**

## ORDER

The Court **GRANTS** court reporter LaTresta Ginyard's October 8, 2013 request for an extension of time to file the reporter's record to the extent that we **ORDER** Ms. Ginyard to file the record within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to LaTresta Ginyard, court reporter, Latresta.ginyard@yahoo.com, and to counsel for all parties.

/s/    LANA MYERS
      JUSTICE